UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNN GAVIN,**<br>        Plaintiff,<br>    v.<br>**SAN FRANCISCO HOUSING AUTHORITY, ET AL.,**<br>        Defendants. | Case No.  15-cv-04097-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jeffrey S. White to consider whether it is related to *Hambolu et al. v. PCOF PM EQ, LLC et al.*, Case No. 15-cv-02780-JSW.

**IT IS SO ORDERED.**

Dated: September 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Hon. Jeffrey S. White