1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    BABUDEKE HAMBOLU, and                    No. C 15-02780 JSW
     LYNN GAVIN,                              No. C 15-04097 JSW
10
               Plaintiffs,
11                                            **ORDER OF REFERRAL TO**
       v.                                     **DETERMINE WHETHER CASES ARE**
12                                            **RELATED**
     FCOF PM EQ, LLC, et al.,
13
               Defendants.
14   _____/
     LYNN GAVIN,
15
               Plaintiff,
16
       v.
17
     SAN FRANCISCO HOUSING AUTHORITY, et
18   al.,

19             Defendants,

20   _____/

21

22         On September 15, 2015, this Court issued an Order relating *Gavin v. San Francisco Housing*

23   *Authority, et al.*, 15-CV-4097 to *Hambolu V. FCOF PM, EQ, LLC, et al.,*15-CV-2780.  In the course

     of reviewing Ms. Gavin's latest case, it has come to the Court's attention that the above captioned
24
     cases may be related to earlier cases that Ms. Gavin has filed against many of the same defendants.
25
           Accordingly, pursuant to Northern District Civil Local Rule 3-12(c1), the above captioned
26
     cases are HEREBY REFERRED to the Honorable Richard Seeborg to determine if they are related
27
     to: *Gavin v. Murphy, et al.*, 12-CV-5864-RS, *Gavin, et al., v. FCOF PM, EQ, LLC, et al.,* 14-CV-
28

**United States District Court**
For the Northern District of California

4582-RS, *Gavin, et al., v. Board of Supervisors*, 14-CV-4583-RS, and *Hambolu, et al., v. San Francisco Housing Authority, et al.,* 14-CV-4975-RS.

**IT IS SO ORDERED.**

Dated: September 15, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2